# Court of Appeals
# of the State of Georgia

ATLANTA, June 06, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1408. GARY BURRELL v. WANDA HILL CAIN.**

This case began as a dispossessory proceeding in magistrate court. After the magistrate court entered final judgment in favor of Wanda Hill Cain, Gary Burrell appealed to the state court. The state court granted a writ of possession to Cain. Burrell then filed a notice of direct appeal to this Court. We lack jurisdiction.

An appeal from a state court order disposing of a de novo appeal from a magistrate court decision must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995). "Compliance with the discretionary appeals procedure is jurisdictional." *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (punctuation omitted). Burrell's failure to follow the proper procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/06/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*